IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CALVIN CORNETT,** | : |
| Plaintiff, | : |
| | : Case No. 5:21-CV-01280 |
| v. | : |
| | : Judge Sara Lioi |
| **MARATHON PETROLEUM LOGISTICS SERVICES LLC, et al.,** | : |
| Defendants. | : |

### STIPULATED NOTICE OF DISMISSAL

Plaintiff Calvin Cornett and Defendants Marathon Petroleum Logistics Services LLC, David Hendrix, Dominique Fennell, and Robyn Rohrbacher, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned matter, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/Brad Levine* | */s/Ryan J. Morley (with consent)* |
| Stephan I. Voudris (0055795) | Ryan J. Morley (0077452) |
| Brad Levine (0090286) | Christian D. McFarland (0097756) |
| Voudris Law LLC | LITTLER MENDELSON P.C. |
| 8401 Chagrin Road, Suite 8 | 127 Public Square, Suite 1600 |
| Chagrin Falls, Ohio 44023 | Cleveland, OH 44114 |
| Telephone:  440.543.0670 | Telephone: 216.696.7600 |
| Facsimile:  440.543.0721 | Facsimile: 216.696.2038 |
| svoudris@voudrislaw.com | rmorley@littler.com |
| blevine@voudrislaw.com | cmcfarland@littleer.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**     10/29/2021

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**